IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THERON RILEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION: 25-00268-KD-B |
| | ) |
| DERRICK RAY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 14) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and the Court's inherent power to manage its docket.

DONE and ORDERED this 12th day of May 2026.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE